IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 00-274E |
| | ) | |
| CAROL A. POPE, | ) | Electronically Filed |
| a/k/a CAROL YOUNG, | ) | |
| | ) | |
| Defendant | ) | |

### SATISFACTION OF JUDGMENT

The judgment in the above-captioned case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Western District of Pennsylvania is hereby authorized and empowered to satisfy and cancel said judgment of record.

    MARY BETH BUCHANAN
    United States Attorney

By:   s/MICHAEL COLVILLE
    MICHAEL COLVILLE
    Assistant U.S. Attorney
    Counsel for Plaintiff
    U.S. Post Office and Courthouse
    700 Grant Street, Suite 4000
    Pittsburgh, PA 15219
    (412) 894-7337 - phone
    (412) 644-5870 - fax
    Michael.Colville@usdoj.gov
    PA56668

Dated: _____